IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Purnell, Kenneth

Printed: 02/17/09

Case Number: 08 B 21691
Judge: Squires, John H
Filed: 8/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2009
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Village of Oak Park | Secured | 541.00 | 0.00 |
| 3. | City Of Chicago | Secured | 541.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 63,027.85 | 0.00 |
| 5. | National Capital Management | Unsecured | 562.29 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 1,829.48 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 409.07 | 0.00 |
| 8. | Nicor Gas | Unsecured | 1,395.28 | 0.00 |
| 9. | AMC Mortgage Serivces | Unsecured | | No Claim Filed |
| 10. | Alliance One | Unsecured | | No Claim Filed |
| 11. | Allied Interstate | Unsecured | | No Claim Filed |
| 12. | Credit Solutions Corporation | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | AmSher Collection Services | Unsecured | | No Claim Filed |
|  |  |  | $ 68,305.97 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Purnell, Kenneth | Case Number: 08 B 21691 |
| | Judge: Squires, John H |
| Printed: 02/17/09 | Filed: 8/18/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by: